UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AGUIAR,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JOHN W. HAVILAND (Warden),<br><br>　　　　Respondent. | No. CV 08-1428-VAP(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been received.

　　　Accordingly, **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that respondent's motion to dismiss (docket no. 14, filed March 23, 2009) be granted; and (3) that judgment be entered dismissing the petition, without prejudice, for failure to exhaust state court remedies on any claim.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: August 6, 2010

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge