# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AGUIAR, | No. CV 08-1428-VAP(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN W. HAVILAND (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, without prejudice, as wholly unexhausted.

DATED: August 6, 2010

*Virginia A. Phillips*
_____
VIRGINIA A. PHILLIPS
United States District Judge